```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MADELINE LUGO ROSADO,                                                  :
                                                                       :
                             Plaintiff,                                :
                                                                       :     21-CV-623 (JPC)
               -v-                                                     :
                                                                       :     ORDER
COMMISSIONER OF SOCIAL SECURITY,                                       :
                                                                       :
                             Defendant.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which plaintiff proceeds in forma pauperis and the filing fee has been waived. Notice by the Clerk shall constitute service, and the date of filing of this order shall be the effective date of service.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: May 12, 2021
       New York, New York
                                                 JOHN P. CRONAN
                                                 United States District Judge