```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MADELINE LUGO ROSADO,                                            :
                                                                 :
                        Plaintiff,                               :
                                                                 :       21 Civ. 623 (JPC)
            -v-                                                  :
                                                                 :       ORDER
COMMISSIONER OF SOCIAL SECURITY,                                 :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been advised the Plaintiff is no longer proceeding *pro se* and has retained counsel. *See* Dkt. 9. Within two weeks of the filing of this Order, Plaintiff's counsel shall file a Notice of Appearance on the docket. Within one week of counsel's filing of the Notice of Appearance, the parties shall comply with the Court's Order dated June 25, 2021. *See* Dkt. 8.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: July 8, 2021
       New York, New York
                                              _____
                                                     JOHN P. CRONAN
                                                 United States District Judge