

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINE LUGO ROSADO,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

21-CV-623 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court ordered plaintiff to file her brief in response to defendant's motion for judgment on the pleadings (Dkt. No. 16) no later than February 10, 2022. (Dkt. No. 15.) To date, plaintiff has not done so. Accordingly, the Court, *sua sponte*, EXTENDS plaintiff's time to file her responding brief to **no later than April 25, 2022**. Defendant shall file her reply brief, if any, **no later than May 17, 2022**. If plaintiff does not meet her new deadline, defendant's motion will be considered unopposed.

Plaintiff is hereby notified that, until further notice, *pro se* parties may file pleadings, letters, and other documents with the Court by using any of the following methods:

    a.  **Drop off** the document in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007.

    b.  **Mail** the documents to the Pro Se Intake Unit in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    c.  **Email** the documents to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at nysd.uscourts.gov/forms/instructions-filing-documents-email.

The Pro Se Intake Unit (telephone 212-805-0175) may be of assistance to *pro se* litigants in connection with court procedures.

There is a legal clinic in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22. Appointments may be made by telephone at (212) 659-6190.

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff.

Dated: New York, New York  
       March 18, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**  
**United States Magistrate Judge**