**JAMES M. BAKER**
ATTORNEY

325 Broadway
Suite 203
New York, N.Y. 10007

April 22, 2022

Via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/22

Hon. Barbara Moses
U.S. Magistrate Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re:  Madeline Lugo Rosado v. Kijakazi
     21 Civ. 623 (JPC) (BCM)

Dear Judge Moses:

I have just agreed to represent Ms. Rosado in this adult SSI disability case. I filed my notice of appearance earlier today.

Ms. Rosado's response to the Commissioner's motion for judgment on the pleadings is due on Monday, April 25, 2022. I would like to request the following revised briefing schedule:

Plaintiff would file her cross-motion for judgment on the pleadings by June 24, 2022.

The Commissioner would file her reply by July 15, 2022.

Plaintiff would file the reply on her cross-motion by August 5, 2022.

The Commissioner is not opposed to this request.

Thank you for considering it.

Very truly yours,

James M. Baker

JMB/jb

cc: Joseph Pantoja, AUSA

Tel: 212-979-0505
Fax: 212-979-8778
jbaker623@aol.com

---

Application GRANTED IN PART. Plaintiff's cross-motion for judgment on the pleadings shall be filed no later than **May 25, 2022**. Defendant's reply shall be filed no later than **June 15, 2022**. Plaintiff's reply shall be filed no later than **July 6, 2022**. I am not unsympathetic to plaintiff's counsel's plight. However, because this action is before me on referral from the district judge, for report and recommendation, I must also consider my obligation to deliver that report and recommendation in a timely manner. Under these circumstances, I cannot grant the full extension sought. SO ORDERED.

Barbara Moses
United States Magistrate Judge
April 22, 2022